UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23596-CIV-MORENO

JEANETTE MONTEJO,

       Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, filed on April 25, 2016, and Defendant's Motion for Summary Judgment filed on May 25, 2016. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 28)** on July 5, 2016. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues in the Magistrate Judge's Report and Recommendation. The Court notes that neither party filed objections to the Report and Recommendation and the time for doing so has now passed. It is

**ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is DENIED and the Defendant's Motion for Summary Judgment is GRANTED. It is also

**ADJUDGED** that this case is closed and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this __15th__ of August 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John J. O'Sullivan

Counsel of Record